```
DLA PIPER RUDNICK GRAY CARY US LLP
David J. Romanski (SBN 73963)
Gregory K. Jung (SBN 203350)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone:(415) 836-2500
Facsimile:(415) 836-2501

Attorneys for Defendants
BDO Seidman, LLP and
Michael Kerekes
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL P. BAKER, KAREN J. BAKER, KELLY O. BANKS, SARAH H. BANKS, ALLEN E. SNYDER, TERESA M. SNYDER,<br><br>Plaintiffs,<br><br>vs.<br><br>BDO SEIDMAN, L.L.P.; MICHAEL KEREKES; and Does 1-20;<br><br>Defendants. | Case No. 05-cv-2500 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING (1) PLAINTIFFS' MOTION FOR REMAND TO TRIAL COURT AND (2) DEFENDANTS' MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS |

WHEREAS, this action was originally filed in the Superior Court for the State of California in and for the City and County of San Francisco and was removed by Defendants on or about June 20, 2005;

WHEREAS, Defendants have filed a Motion to Compel Arbitration and to Stay Proceedings which is scheduled for hearing on August 10, 2005;

WHEREAS, Plaintiffs have filed a Motion for Remand which is scheduled for hearing on August 10, 2005;

-1-

1      WHEREAS, Plaintiffs believe that if the Court grants Plaintiffs' Motion for
2  Remand, the Court will not have jurisdiction to decide the Motion to Compel Arbitration
3  and to Stay Proceedings;
4      WHEREAS, due the various scheduling conflicts and in consideration of the most
5  efficient use of resources, counsel for the parties have agreed to continue hearings for both
6  motions by the parties, as follows;
7      IT IS THEREFORE STIPULATED by and between Plaintiffs Randall P. Baker,
8  Karen J. Baker, Kelly O. Banks, Sarah H. Banks, Allen Snyder and Teresa M. Snyder, and
9  Defendants BDO Seidman, LLP and Michael Kerekes, through their attorneys of record,
10 that for the sake of judicial economy and efficiency, (1) the hearing on Plaintiffs' Motion for
11 Remand be continued from August 10, 2005, to August 31, 2005, and (2) the hearing on
12 Defendants' Motion to Compel Arbitration and to Stay Proceedings be continued from
13 August 10, 2005 until after the Court rules on Plaintiffs' Motion for Remand. The parties
14 further stipulate that the briefing schedule for Plaintiffs' Motion for Remand shall be
15 calculated based on the hearing date of August 31, 2005, and the briefing schedule for
16 Defendants' Motion to Compel Arbitration shall be calculated based on the new hearing
17 date to be set by the Court.

18 Date: July __7__, 2005     COTCHETT, PITRE, SIMON & MCCARTHY

20     By: _____
21     Joseph W. Cotchett (SBN: 36324)
    Nancy Fineman (SBN: 124870)
22     Attorneys for Plaintiffs

23 Date: July __7__, 2005     DLA PIPER RUDNICK GRAY CARY US LLP

25     By: _____
    David J. Romanski (SBN: 73963)
26     Gregory K. Jung (SBN: 203350)
    Attorneys for Defendants

-2-

Stipulation and [Proposed] Order
Continuing Hearings     Case No. 05-cv-2500 EMC

**[PROPOSED] ORDER**

Based upon the Stipulation of the parties and good cause appearing, **IT IS ORDERED** that (1) the hearing on Plaintiffs' Motion for Remand be continued from August 10, 2005 to August 31, 2005, and (2) the hearing on Defendants' Motion to Compel Arbitration and to Stay Proceedings be continued until after this Court rules on Plaintiffs' Motion for Remand. The briefing schedule for the Motion for Remand shall be calculated accordingly based on the August 31, 2005 hearing date, and the briefing schedule for the Motion Compel Arbitration and to Stay Proceedings shall be calculated based on the new hearing date, which will be set by the Court.

Dated: ___July 8___, 2005



_____
HON. 
UNITED STATES MAGISTRATE JUDGE

-3-

Stipulation and [Proposed] Order
Continuing Hearings

Case No. 05-cv-2500 EMC