DLA PIPER RUDNICK GRAY CARY US LLP
David J. Romanski (SBN 73963)
Gregory K. Jung (SBN 203350)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone:(415) 836-2500
Facsimile:(415) 836-2501

Attorneys for Defendants
BDO Seidman, LLP and
Michael Kerekes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL P. BAKER, KAREN J. BAKER, KELLY O. BANKS, SARAH H. BANKS, ALLEN E. SNYDER, TERESA M. SNYDER,<br><br>Plaintiffs,<br><br>vs.<br><br>BDO SEIDMAN, L.L.P.; MICHAEL KEREKES; and Does 1-20;<br><br>Defendants. | Case No. 05-cv-2500 EMC<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING PLAINTIFFS' MOTION FOR REMAND TO TRIAL COURT AND EXTENDING THE BRIEFING SCHEDULE |

WHEREAS, this action was originally filed in the Superior Court for the State of California in and for the City and County of San Francisco and was removed by Defendants on or about June 20, 2005;

WHEREAS, Plaintiffs have filed a Motion for Remand which is scheduled for hearing on August 31, 2005, based upon the parties' stipulation and this Court's Order;

1  WHEREAS, Defendants' attorney Cary B. Samowitz has applied to be admitted on
2  a *pro hac vice* basis to this Court and plans to appear at the hearing on the Motion for
3  Remand;

4  WHEREAS, Mr. Samowitz is not available to appear at the hearing on August 31,
5  2005, due to scheduling conflicts;

6  IT IS THEREFORE STIPULATED by and between Plaintiffs Randall P. Baker,
7  Karen J. Baker, Kelly O. Banks, Sarah H. Banks, Allen Snyder and Teresa M. Snyder, and
8  Defendants BDO Seidman, LLP and Michael Kerekes, through their attorneys of record,
9  that: (1) the hearing on Plaintiffs' Motion for Remand be continued from August 31, 2005,
10 to September 14, 2005; (2) the deadline for filing Defendants' Opposition to the Motion for
11 Remand be extended to and including August 17, 2005; and (3) the deadline for filing
12 Plaintiffs' Reply in support of the Motion for Remand be extended to and including August
13 31, 2005.

14 Date: July 22, 2005

COTCHETT, PITRE, SIMON & MCCARTHY

By: _____
Joseph W. Cotchett (SBN: 36324)
Nancy Fineman (SBN: 124870)
Attorneys for Plaintiffs

19 Date: July 26, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

By: _____
David J. Romanski (SBN: 73963)
Gregory K. Jung (SBN: 203350)
Attorneys for Defendants

## [PROPOSED] ORDER

Based upon the Stipulation of the parties and good cause appearing, **IT IS ORDERED** that (1) the hearing on Plaintiffs' Motion for Remand be continued from August 31, 2005, to September 14, 2005; (2) the deadline for filing Defendants' Opposition to the Motion for Remand be extended to and including August 17, 2005; and (3) the deadline for filing Plaintiffs' Reply in support of the Motion for Remand be extended to and including August 31, 2005.

Dated: __July 26__, 2005

_____
HON. EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE