DLA PIPER RUDNICK GRAY CARY US LLP
David J. Romanski (SBN 73963)
Gregory K. Jung (SBN 203350)
153 Townsend Street, Suite 800
San Francisco, CA 94107-1957
Telephone:(415) 836-2500
Facsimile:(415) 836-2501

Attorneys for Defendants
BDO Seidman, LLP and
Michael Kerekes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RANDALL P. BAKER, KAREN J. BAKER, KELLY O. BANKS, SARAH H. BANKS, ALLEN E. SNYDER, TERESA M. SNYDER,<br><br>Plaintiffs,<br><br>vs.<br><br>BDO SEIDMAN, L.L.P.; MICHAEL KEREKES; and Does 1-20;<br><br>Defendants. | Case No. 05-cv-2500 EMC<br><br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Cary B. Samowitz, an active member in good standing of the bar of New York, whose business address and telephone number is DLA Piper Rudnick Gray Cary US LLP, 1251 Avenue of the Americas, 29th Floor, New York, New York 10020-1104, (212) 835-6000, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing defendants BDO Seidman, LLP, and Michael Kerekes,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance

-1-

1  *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
2  application will constitute notice to the party. All future filings in this action are subject to
3  the requirements contained in General Order No.           Case Filing.

4  Date: ~~July __, 2005~~
5  August 5, 2005

_____
Hon. Edward M. Chen
United States Magistrate Judge

*Judge Edward M. Chen* [signature stamp]

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

153 Townsend Street, Suite 800
San Francisco, California 94107-1957
DLA PIPER RUDNICK GRAY CARY

Order Granting Application for Admission
*Pro Hac Vice*

Case No. 05-CV-2500 EMC